UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL NO. 5:19-cr-304 - S |
| GABRIEL GARRIDO ISAIAS<br>TN: ISAIAS GABRIEL GARRIDO | § § § § | |

### FACTUAL STATEMENT IN SUPPORT OF PLEA AGREEMENT

The United States of America, by and through Ryan K. Patrick, United States Attorney for the Southern District of Texas and April Ayers-Perez, Assistant United States Attorney, and the defendant, GABRIEL GARRIDO ISAIAS TN: ISAIAS GABRIEL GARRIDO and the defendant's counsel, hereby stipulate as follows:

I.

If this case proceeded to trial, the United States of America would prove each element of the offense beyond a reasonable doubt. The following facts, among others, would be offered to establish the Defendant's guilt:

II.

On March 14, 2019 a Ford F-150 pickup truck approached the Lincoln Juarez International Bridge Port of Entry in Laredo, Texas. The driver of the truck, later identified as Gabriel GARRIDO Isaias, stated to Customs and Border Protections Officers (CBPOs) that he was a citizen of Mexico, ████████████████████████████████, and that he was travelling into the United States to purchase police equipment at Wal-Mart and Academy Sporting Goods stores

13

as well as to return his I-94 immigration permit. CBPOs noticed that GARRIDO would not make eye contact, and that the tires of his vehicle were shiny towards the rims. At secondary inspection GARRIDO gave a negative declaration for fruits, plants, meat, alcohol, narcotics, drugs, firearms, and anything illegal. A CBPO service canine conducted a free air sniff of the vehicle and gave a positive alert to the front passenger side tire of the vehicle. An x-ray inspection of the vehicle resulted in the discovery of anomalies in all four (4) tires of the vehicle.

An inspection of the tires revealed metal boxes welded to each wheel rim. A total of 24 packages of powdery substance were removed from the boxes which field tested positive for methamphetamine. The approximate weight of the substances was 38.36 kilograms.

After rights advisement and waiver, GARRIDO stated that he did not know about the methamphetamine in the tires of the vehicle, and that his girlfriend, ▓▓▓▓▓▓, keeps his truck most of the year. GARRIDO stated he purchased the vehicle in April of 2018 from someone in ▓▓▓▓'s neighborhood and paid $52,000 Mexican Pesos, although later in the conversation he stated that ▓▓▓▓ paid for half the truck. GARRIDO stated he never changed the tires on the truck, and that they were the same tires as when he purchased the vehicle. GARRIDO stated he was planning to go straight back to Nuevo Laredo, Mexico after turning in his I-94, and was not planning to go into the United States. Later in the conversation GARRIDO stated that he was planning to go into the United States and do some shopping in Laredo, Texas before returning to Mexico the following day. There was a temporary tourist insurance policy in the vehicle that was valid from March 14, 2019 through March 17, 2019. GARRIDO stated he had previously traveled to San Antonio, Texas in October 2018 to get his truck repaired, however he was called back to work so he left the truck in San Antonio, and took the bus back to Mexico. ▓▓▓▓ brought the truck back a few days later. Later in the conversation GARRIDO stated he actually only drove

14

through San Antonio, and that the truck was left in Houston, Texas and he took a bus back to Mexico from Houston.

III.

Defendant, **GABRIEL GARRIDO ISAIAS TN: ISAIAS GABRIEL GARRIDO**, hereby confesses and judicially admits that on **March 14, 2019**, he knowingly **conspired to import 50 grams or more of methamphetamine or 500 grams or more of a mixture and substance containing a detectable amount of Methamphetamine**, in violation of Title **21**, United States Code, Section **963, 952(a), 960(a)(1) and (b)(1)(H)**.

GABRIEL GARRIDO ISAIAS
TN: ISAIAS GABRIEL GARRIDO
Defendant

APPROVED:

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: April Ayers-Perez
Assistant United States Attorney
Southern District of Texas
Telephone: (956) 723-6523
Email: April.Ayers-Perez@usdoj.gov

David Castillo
Attorney for Defendant

15